No. 626. United States to use of J. Edward Chapman, Petitioner, v. City Trust, Safe Deposit and Security Company of Philadelphia. April 11, 1904. Petition for

a writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. Charles H. Merillat* for petitioner.